UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

REFUGIO ESCAMILLA by and through her          Civil No.    07cv0091-L (POR)
Guardian Ad Litem, EVA CHARLES,

                                Plaintiffs,    **ORDER REGARDING PETITION FOR
                                               GUARDIAN AD LITEM**

        v.

LIFE CARE CENTER OF ESCONDIDO, and
DOES 1-25, inclusive,

                                Defendants.

        On January 18, 2007, the Court contacted Plaintiff's counsel to verify whether a petition for

guardian ad litem had been filed.  Plaintiff's counsel indicated that a petition was filed in state court.

Based thereon, Plaintiff shall file a copy of the petition and order granting guardian ad litem status

with the Clerk's Office on or before **January 26, 2007**.

        **IT IS SO ORDERED.**


DATED:  January 23, 2007



                                        _____
                                        LOUISA S PORTER
                                        United States Magistrate Judge

cc: District Judge
      All parties

                                        - 1 -                                    07cv0091