# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO ESCAMILLA by and through her Guardian Ad Litem, EVA CHARLES,<br><br>                                 Plaintiffs,<br>    v.<br>LIFE CARE CENTER OF ESCONDIDO, and DOES 1-25, inclusive,<br>                                Defendants. | Civil No.   07cv0091-L (POR)<br><br>**ORDER REGARDING PETITION FOR GUARDIAN AD LITEM** |

On January 18, 2007, the Court contacted Plaintiff's counsel to verify whether a petition for guardian ad litem had been filed. Plaintiff's counsel indicated that a petition was filed in state court. Based thereon, Plaintiff shall file a copy of the petition and order granting guardian ad litem status with the Clerk's Office on or before **January 26, 2007**.

**IT IS SO ORDERED.**

DATED: January 23, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc: District Judge
    All parties

- 1 -

07cv0091