UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO ESCAMILLA by and through her Guardian Ad Litem, EVA CHARLES,<br><br>                                        Plaintiff,<br>       v.<br>LIFE CARE CENTER OF ESCONDIDO, and DOES 1-25, inclusive,<br><br>                                        Defendants. | Civil No.   07cv0091-L (POR)<br><br>**ORDER RESCHEDULING MANDATORY SETTLEMENT CONFERENCE** |

On November 28, 2007, counsel for both parties contacted the Court and requested that the Mandatory Settlement Conference set for December 7, 2007 be rescheduled. Counsel represented they need additional time to conduct discovery and prepare for the conference. Based on discussions with counsel and their stipulation, the Court hereby reschedules the conference to **February 19, 2008** at **10:00 a.m.** Counsel shall lodge settlement statements, if any, <u>directly</u> with the chambers of Judge Porter by email to **efile_porter@casd.uscourts.gov** on or before **February 12, 2008**. The parties shall exchange settlement statements. The settlement statements should include a neutral factual statement of the case, identify controlling legal issues, and concisely set out issues of liability and damages, including any settlement demands and offers to date and addressing special and general damages where applicable. The settlement statements **shall not** be filed with the Clerk of the Court.

All parties and claims adjusters for insured defendants and representatives with complete authority to enter into a binding settlement, as well as the principal attorney(s) responsible for the

litigation, *must be present* and legally and factually prepared to discuss and resolve the case at the mandatory settlement conference. All conference discussions will be informal, off the record, privileged and confidential.

Mandatory settlement conferences shall not be rescheduled without a showing of good cause and adequate notice to the Court. If counsel wish to reschedule this conference, they shall contact the Court at least ten (10) days prior to the conference. Absent exceptional circumstances, the Court will not reschedule this conference with less than ten (10) days notice. Only in extreme circumstances will the Court reschedule a mandatory settlement conference with less than 24 hours notice.

**IT IS SO ORDERED.**

DATED: November 28, 2007

LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable M. James Lorenz
      all parties